UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MPOW TECHNOLOGY CO. LTD., et al.,
                             Plaintiffs,

                 -against-

THE MORTNER LAW OFFICE P.C., et al.,
                            Defendants.
------------------------------------------------------------X

24 Civ. 8640 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated November 18, 2024, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for January 15, 2025.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **January 13, 2025**.

Dated: January 10, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE