By **January 22, 2025**, Defendants shall file a pre-motion letter regarding their proposed motion to dismiss the Complaint in accordance with Individual Rule III.A.1. The Clerk of Court is respectfully directed to strike the entries at Dkt. Nos. 13 and 14.

Dated: January 13, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MPOW TECHNOLOGY CO. LTD., *et al.*

                         Plaintiffs,

-against-

THE MORTNER LAW OFFICE, P.C., MOSHE MORTNER, ESQ. and ABC-XYZ Corp 1-10,

                        Defendants.

Case 1:24-cv-08640-LGS

**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R.CIV.P. 12(b)(6)**

**PLEASE TAKE NOTICE** that defendants Moshe Mortner, *pro se*, and The Mortner Law Office, P.C., by its attorney, Moshe Mortner, Esq., will move this Court at the United States Courthouse, 40 Foley Square, New York, New York 10007, before Judge Lorna G. Schofield, at a time to be set by the Court for an order pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint. The Motion will be made on the grounds that the Plaintiffs have failed to state a claim upon which relief can be granted. The Motion will be based upon this notice, the accompanying Memorandum of Law and the Declaration of Moshe Mortner, dated January 10, 2025, and the complete files and records of this action.

Dated:     New York, NY
            January 10, 2025

Respectfully submitted,

THE MORTNER LAW OFFICE

By_____
   Moshe Mortner
30 Wall St., 8th Floor
New York, NY 10005
*Pro se* and Attorneys for Defendant
The Mortner Law Office, P.C.