

The Mortner Law Offices
The Trump Building
30 Wall Street, 8th Floor
New York, NY, 10005

Tel  877-365-2177
Fax 917-382-3946

Moshe Mortner, Esq.
Email: mrmortner@gmail.com

> Application **GRANTED**.  The pre-motion conference scheduled for February 4, 2025, is **ADJOURNED** to **February 25, 2025, at 3:15 P.M**.  Plaintiff shall file a response to Defendants' pre-motion letters at Dkt. Nos. 22 and 23 by **February 12, 2025**.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 21.
>
> Dated: January 23, 2025
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

January 19, 2025

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   MPOW TECHNOLOGY CO. LTD., *et al v.* THE MORTNER LAW OFFICE, P.C., and MOSHE MORTNER, ESQ., Case No. 1:24-cv-08640-LGS**

Dear Judge Schofield,

Due to a scheduling conflict, Defendants request an adjournment of the Initial Pretrial Conference currently scheduled to proceed in person on February 4, 2025. The conference was initially set for January 15, 2025, but was rescheduled by the Court. (Dkt.No.20) I am scheduled to appear on February 4, 2025, as counsel in an arbitration hearing and I am scheduled to be in the United Kingdom until February 13, 2025. Therefore, I respectfully propose a new date between February 14 and February 21, 2025.  As a Shabbos observer, I request that the conference not be rescheduled on a Friday afternoon. Opposing counsel, Yuting Li, Esq., consents to this request. No previous requests for adjournment have been made and an adjournment of the Initial Pretrial Conference will not affect other dates in this case.

Respectfully submitted,

Moshe Mortner,

cc:     Daniel Grace, Esq.
        Yuting Li, Esq