UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MPOW TECHNOLOGY CO. LTD. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE MORTNER LAW OFFICE P.C. et al.,<br><br>                    Defendants. | 24-cv-8640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **June 11, 2025**, the parties shall submit a joint letter to the Court regarding the current status of discovery and any attempts the parties have made to resolve this dispute. Discovery is STAYED pending the Court's consideration of defendants' motion to dismiss.

      SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge