UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MPOW TECHNOLOGY CO. LTD. et al.,

                          Plaintiffs,

-against-

THE MORTNER LAW OFFICE. P.C. et al.,

                          Defendants.

24-CV-8640 (AS)
25-CV-2270 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **February 12, 2026**, the parties shall submit revised case management plans for these two related cases.

SO ORDERED.

Dated: February 6, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge