UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MPOW TECHNOLOGY CO. LTD. et al.,

                         Plaintiffs,

-against-

THE MORTNER LAW OFFICE. P.C. et al.,

                         Defendants.

24-CV-8640 (AS)
25-CV-2270 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has received the multiple filings across these two cases. This order resolves them. As the Court understands it, case 24-cv-8640 is an action to redress defendants' alleged legal malpractice concerning their prior representation of plaintiffs. Plaintiffs seek over $6 million in sales proceeds withheld by Amazon, which they say are damages stemming from the malpractice. On November 24, 2025, the Court denied defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Dkt. 40. And case 25-cv-2270 is an action to recover over $500,000 of plaintiffs' sales proceeds, which plaintiffs say Amazon gave to defendants but defendants never gave to plaintiffs. There's no reason there should be two separate cases.

To address any jurisdictional issues raised by defendants' motions to dismiss under Federal Rule of Civil Procedure 12(b)(1), plaintiffs shall file an amended complaint in case 24-cv-8640 by **March 31, 2026**. That complaint should include the claims asserted in both 24-cv-8640 and 25-cv-2270. To be clear, plaintiffs should combine their complaints but leave their claims unchanged. They may amend that combined complaint only to address any jurisdictional issues raised by defendants' recent motions to dismiss. Discovery is hereby STAYED until further notice. If defendants seek to dismiss this case again for lack of subject-matter jurisdiction, they shall do so by **April 14, 2026**.

In case 24-cv-8640, Dkts. 40, 61, and 62 are DENIED without prejudice. In case 25-cv-2270, Dkts. 37 and 40 are DENIED without prejudice, and Dkt. 39, which seeks leave to file an amended complaint, is GRANTED as described above.

The Clerk of Court is respectfully directed to terminate the motions described above and to close case 25-cv-2270.

SO ORDERED.

Dated: March 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge

2