UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MPOW TECHNOLOGY CO. LTD. et al.,

                Plaintiffs,

-against-

THE MORTNER LAW OFFICE. P.C. et al.,

                Defendants.

24-CV-8640 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Given that defendants' second motion to dismiss, Dkt. 68, has superseded their first motion to dismiss, Dkt. 59, the Clerk of Court is respectfully directed to terminate the motion at Dkt. 59, which is DENIED AS MOOT.

SO ORDERED.

Dated: April 29, 2026
      New York, New York

                                      ARUN SUBRAMANIAN
                            United States District Judge